AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Oscar Rene RODRIGUEZ-Rodriguez<br><br>_Defendant(s)_ | Case No: PO 12 2030 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>October 18, 2012</u> in the county of <u>Luna</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On October 19, 2012, the defendant was encountered by U.S. Border Patrol Agents in Luna County, New Mexico. The defendant admitted being a Mexican citizen illegally crossing the U.S./Mexico International Border on October 18, 2012, approximately 40 miles west of the Columbus, New Mexico Port of Entry, at a place not designated as a legal International Port of Entry. When asked, the defendant stated he didn't have any valid immigration documents. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States legally

☐ Continued on the attached sheet.

_Complainant's signature_

Abraham Farias  BORDER PATROL AGENT
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 20, 2012

_Judge's signature_

**STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE**

City and state: Las Cruces, N.M.

_Printed name and title_