AO 245B    (Rev. 09/11) Judgment in Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT
District of New Mexico

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| **OSCAR RENE RODRIGUEZ-RODRIGUEZ** | Case Number:    PO 12-2030 |
| | USM Number:    69026-051 |
| | RUSSELL DEAN CLARK, Appointed |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    Complaint

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1325 (a)(1) | Illegal Entry Without Inspection | 10/18/12 | 1 |

The Defendant waived a presentence investigation and the Court finds that there is sufficient information in the record to enable the Court to exercise sentencing discretion without a presentence report.

Upon the government's oral motion to remit the payment of the Special Assessment, such assessment is hereby ordered remitted.

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/24/2012
Date of Imposition of Judgment

_/s/_ 
Signature of Judge

Stephan M. Vidmar, U.S. Magistrate Judge
Name and Title of Judge

10/25/2012
Date

AO 245B     (Rev. 09/11) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT: **OSCAR RENE RODRIGUEZ-RODRIGUEZ**
CASE NUMBER: **PO 12-2030**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of prisons to be imprisoned for a total term of: **6 days or time served, whichever is less.**

**It is further ordered that the defendant shall be given credit for any time spent in official detention in connection with this case, pursuant to 18 U.S.C. 3585.**

**As this is a Class B misdemeanor conviction, the sentencing guidelines do not apply.**

**The Court finds the defendant is subject to deportation and recommends that the Immigration and Naturalization Service begin deportation proceedings during the service of sentence pursuant to the Institutional Hearing Program. It is the Court's intent that an Order of Deportation be executed and that deportation take place immediately upon the defendant's release from custody.**

**Within fourteen (14) days of the entry of the judgment, you have the right to appeal the final sentence of this Court.**

G   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

G   The defendant shall surrender to the United States Marshal for this district:
    G   at _____ a.m./p.m. on _____ .
    G   as notified by the United States Marshal.
G   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    G   before 2 p.m. on _____ .
    G   as notified by the United States Marshal.
    G   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                        UNITED STATES MARSHAL

                                        By: _____
                                            Deputy U.S. Marshal